UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

FILED
CLERK, U.S. DISTRICT COURT
OCT 11, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

In re:

Phillip Oran Dodson,

    Debtor.

_____

Phillip Oran Dodson,

    Appellant,

v.

Nevers, Palazzo, Packard, Wildermuth & Wynner, PC,

    Appellee.

Case No.: 2:19-CV-6165-VAP

## Judgment

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Court's October 11, 2019 Order Granting Nevers, Palazzo, Packard, Wildermuth & Wynner, PC's Motion to Dismiss Debtor's Appeal of Bankruptcy Order, IT IS ORDERED AND ADJUDGED:

1

1. The Motion to Dismiss Appeal is granted.

2. The appeal filed by Debtor and Appellant Phillip Oran Dodson is hereby dismissed in its entirety.

**IT IS SO ORDERED.**

Dated: 10/11/19

Virginia A. Phillips
Chief United States District Judge